

## October 16, 2015

| CAAP–13–00 03317 | State v. Blancarte | Affirmed |
| CAAP–13–00 04623 | State v. Cormier | Affirmed |

## October 19, 2015

| CAAP–14–00 00990 | Alvarado v. Ivan | Affirmed |

## October 23, 2015

| CAAP–14–00 01217 | State v. McGhee | Affirmed |

## October 26, 2015

| CAAP–14–00 00553 | State v. Barton | Vacated and Remanded |
| CAAP–14–00 00895 | Tumaneng v. Tumaneng | Affirmed |

## October 27, 2015

| CAAP–14–00 00988 | State v. Domingo | Vacated and Remanded |
| CAAP–15–00 00139 | State v. Malabed | Affirmed |

## October 29, 2015

| CAAP–14–00 01173 | Laird v. Ho'ola Lahui Hawai'i | Affirmed |
| CAAP–12–00 01050 | Scupholm, In re Estate of | Affirmed |

## October 30, 2015

| CAAP–12–00 00724 | State v. Brown | Affirmed |